IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES DAY, ) | |
| ) | |
| Plaintiff, ) | 2:09-cv-02676-GEB-KJM |
| ) | |
| v. ) | ORDER REQUIRING FILING BY |
| ) | DEFENDANT AND CONTINUING |
| AMERICAN HOME MORTGAGE SERVICING, ) | STATUS CONFERENCE |
| INC. and DOES 1-50, inclusive, ) | |
| ) | |
| Defendants. ) | |

It has come to the Court's attention in another case, <u>John C. Hernandez v. American Home Mortgage Servicing, Inc., et al.</u>, 09-cv-1418-GEB-EFB, that Defendant American Home Mortgage Servicing, Inc. ("AHMSI") may have filed for bankruptcy on August 6, 2007, which stayed all "judicial, administrative, or other actions or proceedings" against AHMSI. (<u>See</u> Docket No. 8.)

AHMSI shall explain in a writing filed no later than 4:00 p.m. on March 17, 2010, whether this case is stayed by a bankruptcy filing. This inquiry is made since filings in <u>Hernandez v. American Home Mortgage Servicing, Inc., et al.</u> indicate that AHMSI filed a bankruptcy petition on August 6, 2007, but did not notify this district court of the filing until June 25, 2009. Further, in

1

<u>Hernandez v. American Home Mortgage Servicing, Inc., et al.</u>  AHMSI filed a dismissal motion on December 30, 2009, even though the docket entries do not indicate that the bankruptcy stay was lifted when the dismissal motion was filed.  Since clarification of the bankruptcy stay issue is sought, the status conference scheduled for March 15, 2010, is rescheduled to April 12, 2010.  A joint status report shall be filed fourteen (14) days prior to the status conference.

Dated:  March 11, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge