Jonathan G. Stein, SBN 224609
Law Offices of Jonathan G. Stein
5050 Laguna Blvd, Suite 112-325
Elk Grove, CA 95758
Attorney for Plaintiff JEREMY DAY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY DAY,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC, CLC FUNDING and DOES 1-50, Inclusive,<br><br>    Defendants. | Case No.   2:09-cv-02676-GEB-KJM<br><br>**STIPULATION AND [PROPOSED] ORDER FOR ADDITIONAL TIME TO FILE AMENDED COMPLAINT**<br><br>**Judge: Hon. Garland E. Burrell, Jr.** |

Pursuant to Fed. R. Civ. P. 15, plaintiff Jeremy Day ("Plaintiff") and defendant AMERICAN HOME MORTGAGE SERVICING ("AHMSI") (collectively "the Parties"), by and through their respective counsel, have met and conferred concerning the court's June 3, 2010 order regarding the motion to dismiss where the court ordered an amended complaint filed by June 13, 2010.

Wherefore, the Parties stipulate and agree that good cause exists for Plaintiff to file the amended complaint no later than June 21, 2010 as the parties in exploring settlement of the entire claim.  It is further stipulated that AHMSI will file and serve its response to the amended complaint twenty days after entry of this Order.

This stipulation is without prejudice to the rights, claims, defenses and arguments of all parties.

Dated:  June 4, 2010          Law Offices of Jonathan G. Stein

                              /s/ Jonathan G. Stein
                              By _____
                                  JONATHAN G. STEIN
                                  Attorney for Plaintiff JEREMY DAY

Dated:  June 4, 2010          Wright, Finlay and Zak

1
2          By _____
              Christina D. Rovira
3             Attorney for Defendant AHMSI
4
5
6  Pursuant to the stipulation, IT IS SO ORDERED.
7  Dated 6/4/10
8                                      _____
                                        GARLAND E. BURRELL, JR.
9                                       United States District Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28