IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES DAY,               )<br>                            )<br>        Plaintiff,          )<br>                            )<br>     v.                     )<br>                            )<br>AMERICAN HOME MORTGAGE      )<br>SERVICING, INC, AMERICAN BROKERS )<br>CONDUIT and DOES 1-50,      )<br>Inclusive,                  )<br>                            )<br>        Defendants.         )<br>_____ ) | 2:09-cv-02676-GEB-KJM<br><br><u>FED. R. CIV. P. 4(M) NOTICE</u> |

    Plaintiff is notified under Rule 4(m) of the Federal Rules of Civil Procedure ("Rule 4(m)") that Defendant American Brokers Conduit could be dismissed as a defendant in this action under Rule 4(m) unless Plaintiff provides proof of service or "shows good cause for the failure" to serve this defendant within Rule 4(m)'s 120 day prescribed period, in a filing due no later than 4:00 p.m. on August 13, 2010.

Dated:  August 4, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

1